IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE J, MCCULLOUGH,    ) | Case No. 1:10-cv-01465 LJO JLT (PC) |
|          Plaintiff,    ) | ORDER CONTINUING IN FORMA PAUPERIS STATUS ON APPEAL |
|     v.    ) | |
| JAMES A. YATES, et al.,    ) | (Doc. 18) |
|          Defendants.    ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. On February 28, 2011, the Court issued findings and recommendations recommending that this action be dismissed for Plaintiff's failure to exhaust his administrative remedies and, therefore, to comply with the PLRA. (Doc. 11.) The findings and recommendations were adopted in full by the assigned district judge and judgment was entered against Plaintiff on March 22, 2011. (Doc. 13.) Plaintiff filed a notice of appeal. (Doc. 15.)

On April 19, 2011, the United States Court of Appeals for the Ninth Circuit, referred this matter to the district court to determine whether Plaintiff's in forma pauperis status should be continued on appeal or whether the appeal is frivolous or taken in bad faith. (Doc. 18) For the reasons set forth below, the undersigned concludes that it should continue.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Ellis

1 v. United States, 356 U.S. 674 (1958).  An action is frivolous "where it lacks an arguable basis either in law or in fact."  Neitzke v. Williams, 490 U.S. 319, 325 (1989).  In other words, the term "frivolous", as used in § 1915 and when applied to a complaint, "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation."  Id.

On appeal, it appears that Plaintiff challenges the Court's determination that he did not exhaust his administrative remedies as required by the PLRA.  In this Court,  Plaintiff has taken the position that the fact that he was paroled before the administrative process was exhausted excused his compliance with the PLRA despite that he waited until he was reincarcerated to file his complaint for damages.  Because the Court does not find that Plaintiff's position lacks any arguable basis in law or fact, the Court does not find that the appeal is frivolous for purposes of his in forma pauperis status.  Likewise, the Court finds no evidence that Plaintiff is seeking to appeal for purposes of improper motive or bad faith.

Therefore, Court finds that Plaintiff's in forma pauperis status should not be revoked and SHALL be continued on appeal.

IT IS SO ORDERED.

Dated:   **April 20, 2011**                                               /s/ Jennifer L. Thurston
                                                                                          UNITED STATES MAGISTRATE JUDGE